892

No. 98–5204.  BOYD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–5205.  CERVANTES DE GORTARI v. UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 98–5206.  DIAZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–5207.  GARAY-BURGOS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–5208.  HENDERSON v. TEXAS.  Ct. App. Tex., 1st Dist. Certiorari denied.

No. 98–5210.  GORE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 98–5211.  DABNEY v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 98–5213.  HOLLAND v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–5214.  HART/CROSS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 98–5217.  WELBECK v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 98–5218.  WATKINS v. CHALAT & CO., P. C., ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 98–5219.  VARGAS v. KEOWN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–5220.  NELSON v. PRUNTY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–5221.  STONE v. HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 98–5222.  SCOTT v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 98–5223.  JOHNSON v. CORLEY ET AL.  Ct. App. Tex., 1st Dist.  Certiorari denied.